IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BEVERLY D. COOK** ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 07-40G6-JAR** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF** ) | |
| **SOCIAL SECURITY,** ) | |
| **Defendant.** ) | |
| **Defendant.** ) | |
| _____  \_\_\_\_) | |

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that judgment be entered pursuant to the fourth sentence of 42 U.S.C. § 405(g), remanding this case for further proceedings in accordance with the April 10, 2008 Recommendation and Report (Doc. 15).

**IT IS SO ORDERED**.

Dated this 29th day of April, 2008.

 S/   Julie A. Robinson
**Julie A. Robinson**
**United States District Judge**